UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Alice Solis<br>361 Witter Gulch Rd.<br>Evergreen, CO  80439<br><br>           Plaintiff,<br><br>v.<br><br>Enhanced Recovery Company, LLC<br>8014 Bayberry Rd.<br>Jacksonville, FL  32256<br><br>           Defendant. | Case No.<br><br><br>**COMPLAINT FOR DAMAGES<br>UNDER THE FAIR DEBT COLLECTION<br>PRACTICES ACT AND OTHER<br>EQUITABLE RELIEF**<br><br><br>**JURY DEMAND ENDORSED HEREIN** |

## PARTIES

1. Plaintiff, Alice Solis, ("Alice"), is a natural person who resided in Evergreen, Colorado, at all times relevant to this action.

2. Defendant, Enhanced Recovery Company, LLC, ("ER"), is a Limited Liability Company that maintained its principal place of business in Jacksonville, Florida, at all times relevant to this action.

## JURISDICTION AND VENUE

3. Pursuant to 28 U.S.C. §1331, this Court has federal question jurisdiction over this matter as it arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

4. Pursuant to 28 U.S.C. §1391(b), venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## STATEMENT OF FACTS

5. At all times relevant to this action, ER collected consumer debts.

6. ER regularly uses instrumentalities of interstate commerce and the mails to collect consumer debts owed or due or asserted to be owed or due another.

7. The principal source of ER's revenue is debt collection.

8. ER is a "debt collector" as defined by 15 U.S.C. §1692a(6).

9. As described, *infra*, ER contacted Alice to collect a debt that was incurred primarily for personal, family, or household purposes.

10. This alleged obligation is a "debt" as defined by 15 U.S.C. §1692a(5).

11. Alice is a "consumer" as defined by 15 U.S.C. §1692a(3).

12. On or around June 10, 2013, Alice received a bill from ER on a Comcast account that Alice paid in full, years ago.

13. In response to ER's letter, Alice telephoned ER to dispute the debt.

14. During this communication, Alice disputed the debt and explained she had proof the account was paid in full.

15. During this communication, ER indicated that it didn't care about the merits of the debt and that because the account was sent to them they were going to collect it. The collector, in a hostile manner indicated something substantially similar to "We're going to continue to call you until you pay us."

16. ER caused Alice severe emotional distress.

17. ER attempted to collect a debt from Alice.

18. ER violated the FDCPA.

## COUNT ONE

**Violation of the Fair Debt Collection Practices Act**

19. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

20. Defendant violated 15 U.S.C. §1692d by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff in connection with the collection of the debt.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

21. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

22. Defendant violated 15 U.S.C. §1692e by using false, deceptive, or misleading representations or means in connection with the collection of the debt.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

23. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

24. Defendant violated 15 U.S.C. §1692f by using unfair or unconscionable means to collect the debt.

## COUNT FOUR

### Violation of the Fair Debt Collection Practices Act

25. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

26. Defendant violated 15 U.S.C. §1692g by continuing its efforts to collect the debt without first validating the debt pursuant to Plaintiff's written request.

## JURY DEMAND

27. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

28. Plaintiff prays for the following relief:

   a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

   b. For such other legal and/or equitable relief as the Court deems appropriate.

                RESPECTFULLY SUBMITTED,

                Hyslip & Taylor, LLC, LPA

                By:   /s/ Jeffrey S. Hyslip
                Jeffrey S. Hyslip

Date: July 22, 2013        Hyslip & Taylor, LLC, LPA
                917 W. 18th St., Suite 200
                Chicago, IL 60608
                Phone: 312-380-6230
                FAX: 312-361-3509
                E-mail: jeffrey@lifetimedebtsolutions.com
                Attorney for Plaintiff, Alice Solis